

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,984-01

### EX PARTE TERRY BEN BROCK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. FO-14-22174 IN THE 52ND DISTRICT COURT
### FROM CORYELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of retaliation and sentenced to fifty years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Brock v. State*, 495 S.W.3d 1 (Tex. App.—Waco Jan. 7, 2016).

On September 13, 2017, this Court remanded this application to the trial court for and affidavit from counsel and findings of fact and conclusions of law. On October 31, 2017, the trial court signed findings of fact and conclusions of law that were based on the affidavit from

trial counsel.  The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: November 22, 2017
Do not publish